1   PROBER & RAPHAEL, A LAW CORPORATION
    DEAN R. PROBER, ESQUIRE, #106207
2   LEE S. RAPHAEL, ESQUIRE, #180030
    CASSANDRA J. RICHEY, ESQUIRE #155721
3   MELISSA A. VERMILLION, ESQUIRE, #241354
    BONNI S. MANTOVANI, ESQUIRE, # 106353
4   ANNA LANDA, ESQUIRE #276607
    HALIE L. LEONARD, ESQUIRE #265111
5   SAMYEL GESHGIAN, ESQUIRE #300470
    P.O. Box 4365
6   Woodland Hills, CA 91365-4365
    (818) 227-0100
7   (818) 227-0637 (facsimile)
8   cmartin@pralc.com
    Attorneys for Bank of America, N.A.
9   B.507-6818.NF

10

11              UNITED STATES BANKRUPTCY COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                 SAN FRANCISCO DIVISION

14
    In re                               Bk. No. 13-30082
15
    Matthias R. Mederer  DBA Sonic Boom,    WITHDRAWAL OF
16                                          PROOF OF CLAIM NO. 3
            Debtor.
17

18

19
            Bank of America, N.A. hereby withdraws its Proof of Claim #3, filed on February 13,
20
    2013, with respect to the property described as 1425 McAllister Street, San Francisco,
21
    California 94115, as the subject debt has been forgiven pursuant to the National Mortgage
22
    Settlement Extinguishment Program.
23
     Dated: August 28, 2015              By:/s/ Cassandra J. Richey
24                                           Cassandra J. Richey, SBN 155721
                                             Attorney for Bank of America, N.A.
25

26

27

28

                                        1

<u>PROOF OF SERVICE</u>

I, Jared Sumaya , certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 9/4/2015 , I served the within WITHDRAWAL OF PROOF OF CLAIM on all interested parties in this proceeding by placing a true and copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Matthias R. Mederer
1425 McAllister Street
San Francisco, CA 94115
Debtor

John D. Raymond, Esquire
Post Office Box 642535
San Francisco, CA 94164-2535
Attorney for Debtors

David Burchard
1065 E Hillsdale Blvd. #200
Foster City, CA 94404
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 9/4/2015 at Woodland Hills, California.

/s/ Jared Sumaya
_____

2

March 21, 2015

John D. Raymond
PO BOX 642535
San Francisco, CA 94164

**Loan Number** REDACTED

Dear John D. Raymond:

We understand that you are the attorney representing the client referenced in the enclosed document(s).  Accordingly, we are sending the enclosed information to you to provide to your client.

Please review and call us with any questions.

We appreciate the opportunity to work with you.

Home Loan Team
Bank of America, N.A.

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector.  If the customer is currently in a bankruptcy proceeding, or has previously obtained a discharge of this debt under applicable bankruptcy law, this notice is for information only and is not an attempt to collect the debt, a demand for payment, or an attempt to impose personal liability for that debt.  The customer is not obligated to discuss the home loan with us or enter into a loan modification or other loan-assistance program.  The customer should consult with a bankruptcy attorney or other advisor about legal rights and options.

Mortgages funded and administered by an ⌂ Equal Housing Lender.
♲ Protect your personal information before recycling this document.

March 21, 2015

**You are approved for a full principal forgiveness of your Home Equity account.**

John D. Raymond
PO BOX 642535
San Francisco, CA 94164

Matthias R Mederer
1425 Mcallister St
San Francisco, CA 94115-4518

**Account Number** REDACTED

Dear Matthias R Mederer:

We are pleased to let you know that we have approved your Home Equity account for a principal forgiveness program offered by Bank of America as part of its recent settlement with the Department of Justice.

**You will receive a full forgiveness of the remaining principal balance of $96,142.79 on your Home Equity account.** This means that you will no longer owe this amount, and we will also waive any outstanding fees and accrued interest.

**Important information about your first mortgage**

Although your Home Equity balance is being forgiven, this does not affect any outstanding balance on your first mortgage and will not stop activities to enforce the first mortgage. To the extent you are in a bankruptcy proceeding, any relief from stay proceedings to request court approval to proceed with foreclosure activities may continue. If relief from stay has been granted, any foreclosure process and foreclosure activities may continue, subject to applicable law. Please continue to answer and reply to all notices concerning your property. If you do not understand the legal consequences of any such notice, you are encouraged to contact an attorney or housing counselor for assistance.

**What you need to know**

You don't need to take any further action to accept this offer.  Your Home Equity account balance will automatically be forgiven unless you call us at **1.800.496.7831** before 06/19/2015.  **Please Note:**  If you choose not to accept this offer to eliminate the remaining principal balance of $96,142.79 on your Home Equity account, your decision will be final, and **you will not have the option to accept this offer at a later date.**

If you are in an active bankruptcy proceeding, you should consult with your bankruptcy attorney regarding the program and how it will affect your bankruptcy case.

During the 90-day period you have to consider this offer, please continue to make the regularly scheduled payments or any payment provided for in your bankruptcy plan or bankruptcy court order. Please note that any payments we receive from you before we forgive the remaining principal balance will be applied to your Home Equity account, which may reduce the actual principal balance amount we will forgive.

If this letter is being reviewed by the representative of an estate please do not respond to this solicitation but contact Customer Service at 1.800.669.6607, Monday through Friday 7 a.m. to 5 p.m. Local Time.

Should the principal balance of your Home Equity account be permanently reduced, we will report this to the Internal Revenue Service (IRS) as debt forgiveness income in accordance with applicable federal regulations. You should understand that, depending on your personal circumstances, the forgiveness of principal may constitute taxable income at the federal or state level. We recommend that you consult with your personal tax advisor. However, as part of Bank of America's recent settlement with the U.S. Department of Justice, a tax relief fund was established to help defray some of the federal tax liability that may be incurred by homeowners receiving principal forgiveness modifications. You may be eligible to receive tax relief assistance from that fund.

Please see the enclosed Frequently Asked Questions for additional information.

**Important information about bankruptcy**

If you are in bankruptcy and your confirmed bankruptcy plan provides for a release of our lien on your property, or a "lien strip", acceptance of this offer could result in a tax liability that would be avoided if the debt was extinguished in connection with the completion of your confirmed bankruptcy plan. Please consult with your bankruptcy counsel and your tax advisor to determine how this offer will affect your circumstances and whether this offer is right for you. Please carefully read the FAQ about the tax relief fund that is set forth below. If you determine that this offer is not beneficial to you and you do not want this offer, please call 1.800.496.7831.

If you are currently in a bankruptcy proceeding, or have previously obtained a discharge of this debt under applicable bankruptcy law, this notice is for information purposes only and not an attempt to impose personal liability for the debt. You are not obligated to discuss your home loan with us or enter into a loan assistance program. You should consult with your bankruptcy attorney regarding this forgiveness and how it will affect your bankruptcy case. Also, if you are in Chapter 13 bankruptcy, you may be required to amend your bankruptcy plan. Your bankruptcy attorney can assist you with that process.

**We are here to help**

If you have questions about this forgiveness, or would like to discuss any other options that may be available to you, **please contact us at 1.800.496.7831** Monday through Thursday 8 a.m. to 8 p.m., Friday 8 a.m. to 5 p.m. Eastern.


Home Loan Team
Bank of America, N.A


Enclosure: Frequently Asked Questions


Bank of America, N.A. is required by law to inform you that this communication is from a debt collector. If you are currently in a bankruptcy proceeding or have previously received a discharge of this debt under bankruptcy law, this notice is being sent to you for informational purposes only and is not an attempt to collect a debt, a demand for payment, a request on an obligation or an attempt to impose personal liability upon you for a discharged debt.

**MILITARY PERSONNEL/SERVICEMEMBERS.** If you or your spouse is a member of the military, please contact us immediately. The federal Servicemembers Civil Relief Act (SCRA) and similar state laws provide significant protections and benefits to eligible military service personnel. However, military service and/or SCRA qualification may not necessarily prevent foreclosure. If your loan is in default, a court may authorize foreclosure. If you are having difficulty making your payments, please call us as soon as you can so we can discuss various home retention options. You can reach our Enterprise Military Benefits Unit at 1.877.345.0693. From outside the U.S., please call us at 1.817.245.4094. Both numbers are available 24 hours a day, 7 days a week. Homeowner counseling is also available at agencies such as Military OneSource at militaryonesource.mil or 1.800.342.9647 and Armed Forces Legal Assistance at legalassistance.law.af.mil, and through HUD-approved housing counseling agencies, which you can find at www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Mortgages funded and administered by an ⌂ Equal Housing Lender.
♻ Protect your personal information before recycling this document.

# Frequently Asked Questions

**Q. What is the principal forgiveness modification about?**
Bank of America reached a settlement with the U.S. Department of Justice and certain federal agencies and states on August 21, 2014, to resolve claims related to mortgage practices and other mortgage-related litigation and investigations. As a part of that settlement, we've developed a new program that forgives principal balances of home equity accounts of qualified customers.

**Q. If I receive principal forgiveness, will I owe taxes on the amount forgiven?**
This varies based on your personal situation. As a general matter, we are required under federal law to report principal forgiveness to the Internal Revenue Service (IRS) as debt forgiveness income. Whether this income would be taxable to you at the state or federal level would depend on a number of factors. Please consult with your personal tax advisor. You can also find useful information at www.irs.gov (search: mortgage forgiveness).

As part of Bank of America's recent settlement with the U.S. Department of Justice, a $490 million tax relief fund was established to help defray some of the tax liability that may be incurred by homeowners receiving assistance in connection with that settlement in the event that Congress fails to extend the tax relief coverage of the Mortgage Forgiveness Debt Relief Act of 2007. The tax relief fund is being administered by the Settlement Monitor, Eric Green. If you are eligible to receive assistance from the tax relief fund, the Monitor will make a payment on your behalf to the IRS to offset, in whole or in part, any federal tax liability that you may incur from the forgiveness of your mortgage debt. You can find more information about the tax relief fund at the Monitor's website, bankofamerica.mortgagesettlementmonitor.com/.

**Q. What if I am in bankruptcy and have a "lien strip" plan?**
If you are in bankruptcy and your confirmed bankruptcy plan provides for a release of our lien on your property, or a "lien strip", acceptance of this offer could result in a tax liability that would be avoided if the debt was extinguished in connection with the completion of your confirmed bankruptcy plan. Please consult with your bankruptcy counsel and your tax advisor to determine how this offer will affect your circumstances and whether this offer is right for you.

**Q. What if I call to decline this offer, but change my mind later?**
Once you have notified us that you do not want to accept this offer by calling us before 06/19/2015, your decision will be final, and **you will not have the option to accept this offer at a later date.** You may still be able to apply for other loan assistance options, but this principal forgiveness offer will no longer be available to you.

REDACTED