**Entered on Docket**
**September 18, 2017**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: September 18, 2017**

 +DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:
MATTHIAS R. MEDERER

Chapter 13
Case No: 13-3-0082 DM

ORDER OF DISMISSAL

Debtor(s)

At the Motion to Dismiss hearing, the Court ordered debtor(s) to make a plan payment of $8000 or file a modification by 08/31/17.  Debtor(s) did not comply with this order.  A Declaration of David Burchard, Chapter 13 Trustee, Regarding Debtors Failure to Comply with a Court Order was filed on September 18, 2017.

Upon consideration of the Motion to Dismiss, filed by DAVID BURCHARD, Chapter 13 Trustee, in the above-entitled case, which has been heard on 8/16/17, and proof having been given to the satisfaction of the Court that said motion and hearing thereon was duly served upon the debtor and debtor's counsel, and the allegations of the Trustee's motion having been found to be true; and good cause appearing:

IT IS NOW ORDERED that the debtor's proceedings herein be dismissed, and that any restraining orders heretofore entered in these proceedings are vacated.  The Chapter 13 Trustee shall submit at a later date his Trustee's Final Report for approval by the Court.

**\*\*END OF ORDER\*\***

## COURT SERVICE LIST

MATTHIAS R. MEDERER
1425 MCALLISTER STREET
SAN FRANCISCO, CA 94115

**PLEASE NOTIFY ALL OTHER PARTIES IN INTEREST.**